1034

[No. 21110-0-III. Division Three. February 11, 2003.]

ALAN BASSANI, *Appellant*, v. GRANT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 00-2-00276-1, Michael E. Cooper, J., entered May 2, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20537-1-III. Division Three. February 13, 2003.]

THOMAS E. MYERS, *Appellant*, v. THE CITY OF CHENEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03076-5, Paul A. Bastine, J., entered August 31, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20728-5-III. Division Three. February 13, 2003.]

JOHN SCHNEIDER, ET AL., *Appellants*, v. SNYDER'S FOODS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-02446-4, Michael W. Leavitt, J., entered October 23, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J. Now published at 116 Wn. App. 706.

[No. 20824-9-III. Division Three. February 13, 2003.]

*In the Matter of the Marriage of* MICHELLE D. SMASNE, *Appellant*, and ROBERT O. SMASNE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-3-01178-6, Robert N. Hackett, Jr., J., entered January 11, 2002. *Remanded* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.